**SO ORDERED.**

**SIGNED August 18, 2006.**



_____
GERALD H. SCHIFF
UNITED STATES BANKRUPTCY JUDGE
_____

```
              UNITED STATES BANKRUPTCY COURT
              WESTERN DISTRICT OF LOUISIANA
                LAFAYETTE-OPELOUSAS DIVISION

IN RE:

JAMES E. JOHNSON, JR., and                     CASE NO. 05-53918
DORA G. JOHNSON,

    Debtors                                    CHAPTER 13
```
-----------------------------------------------------------------
MEMORANDUM RULING
-----------------------------------------------------------------

Presently pending before the court is the Motion for New Trial or Rehearing ("Motion") filed by Toyota Motor Credit Corporation ("TMCC"). A hearing on the Motion was held on August 9, 2006. After hearing argument of counsel the matter was taken under advisement.

The court has carefully considered the argument of TMCC, presented both in oral argument and by memorandum. Notwithstanding the forceful position, the court is convinced that its Reasons for Decision entered July 20, 2006, is correct. The "totality of

circumstances" approach is the proper test for determining whether a vehicle was "acquired for the personal use of the debtor" within the meaning of the "hanging paragraph" which follows 11 U.S.C. § 1325(a)(9).  Accordingly the Motion is **DENIED**.

    **IT IS SO ORDERED.**

###